**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

In re: STEPHANIE TRUVONNE
HAWKINS,

　　　　　　　　　*Debtor,*

　　　　　　　　　　　　　　No. 04-17475

OHIO UNIVERSITY,　　　　　BAP No.
　　　　　　　　　*Appellant,*　EC-03-01490-SPB

　　　　　v.　　　　　　　　OPINION

STEPHANIE TRUVONNE HAWKINS,
　　　　　　　　　*Appellee.*

Appeal from the Ninth Circuit
Bankruptcy Appellate Panel
Brandt, Perris, and Smith, Bankruptcy Judges, Presiding

Argued and Submitted
November 15, 2006—San Francisco, California

Filed December 4, 2006

Before: William C. Canby, Jr., John T. Noonan, and
Richard A. Paez, Circuit Judges.

Per Curiam Opinion

19045

## COUNSEL

Donald M. Stevenson, Stockton, California, for the appellant.

Larry J. Cox, Rocklin, California, for the appellee.

## OPINION

PER CURIAM:

Ohio University appeals the judgment of the Bankruptcy Appellate Panel (BAP) discharging Hawkins from a debt resulting from a judgment against her for breach of contract with the university. The BAP held that this debt and the resulting judgment did not meet the criteria for a loan or educational benefit that are excluded from discharge under 11 U.S.C. § 523(a)(8).

We adopt the opinion of the BAP and affirm its judgment.